IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VINODH RAGHUBIR,

    Petitioner,

v.	4:20cv203–WS/MJF

UNITED STATES OF AMERICA, et al.,

    Respondents.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 3) dated April 29, 2020. The magistrate judge recommends that this case be dismissed for lack of jurisdiction. Petitioner has filed objections (ECF No. 4) to the report and recommendation.

Having reviewed the record in this case in light of Petitioner's objections, the undersigned has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 3) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition (ECF No. 1) for writ of habeas corpus and this action are hereby DISMISSED for lack of jurisdiction.

3. The clerk shall enter judgment stating: "All claims are DISMISSED for lack of jurisdiction."

4. The clerk shall separately docket Petitioner's Notice of Appeal (currently attached to his objections) and forward that notice to the Eleventh Circuit..

DONE AND ORDERED this ___14th___ day of ___May___, 2020.

                         s/ William Stafford
                         WILLIAM STAFFORD
                         SENIOR UNITED STATES DISTRICT JUDGE